Joseph Curry, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc: April 23, 1907.)

Memorandum Decisions.

· Writ of error to Criminal Court of Record, Monroe County; L. W. Bethel, Judge.

*W. Hunt Harris*, for Plaintiff in Error;

No appearance for the Defendant in Error.

This action was brought by the defendant in ´error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Dismissed on motion of counsel for the plaintiff in error.